**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOHN C ROE                                    Chapter 13

           Debtor              Bankruptcy No. 14-20098-JKF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: March 9, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEANNE MARIE CELLA
327 W FRONT ST

MEDIA, PA 19063-

Debtor:
JOHN C ROE

425 VIRGINIA AVE

HAVERTOWN, PA 19083