United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-20098-jkf
John C Roe                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Mar 09, 2017
                             Form ID: pdf900          Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
db          +John C Roe,    425 Virginia Ave,    Havertown, PA 19083-2122
cr          +WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC# X2303-01A,    DES MOINES, IA 50328-0001
13449259    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13469835     CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13449260    +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13449262    +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
13521296     Green Tree Servicing, LLC,    PO Box 44265,    Jacksonville, FL 32231-4265
13449264    +Santander Bank Na,    865 Brook St,    Rocky Hill, CT 06067-3444
13449265    +Tara Roe,    425 Virginia Ave,    Havertown, PA 19083-2122
13449266    +Wells Fargo Bank Nv Na,    Attn: Deposits Bankruptcy MAC# P6103-05K,    Po Box 3908,
              Portland, OR 97208-3908
13492372     Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
              Des Moines, IA 50328-0001


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Mar 10 2017 02:09:25     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 02:09:04
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2017 02:09:21     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13475745    +E-mail/Text: ally@ebn.phinsolutions.com Mar 10 2017 02:08:52     Ally Financial,
              PO Box 130424,    Roseville, MN 55113-0004
13449258    +E-mail/Text: ally@ebn.phinsolutions.com Mar 10 2017 02:08:52     Ally Financial,
              200 Renaissance Ctr,    Detroit, MI 48243-1300
13453865     E-mail/Text: mrdiscen@discover.com Mar 10 2017 02:08:52     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13449261    +E-mail/Text: mrdiscen@discover.com Mar 10 2017 02:08:52     Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
13580584    +E-mail/Text: cio.bncmail@irs.gov Mar 10 2017 02:08:55      Internal Revenue Service,
              P O BOX 7346,    Philadelphia PA 19101-7346
13452904    +E-mail/Text: n.miller@santander.us Mar 10 2017 02:09:39     Santander Bank, N.A.,    601 Penn St,
              10-6438-FB7,    Reading, PA 19601-3544
                                                                           TOTAL: 9


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13449263     Nissan,    PO Box 900132
                                                                           TOTALS: 1, * 0, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
          ANDREW  SPIVACK   on behalf of Creditor   Ditech Financial LLC Et al. paeb@fedphe.com
          ANDREW  SPIVACK   on behalf of Creditor   GREEN TREE SERVICING, LLC paeb@fedphe.com
          JEANNE MARIE CELLA   on behalf of Debtor John C Roe paralegal@lawbsc.com,   pennduke@gmail.com
          JEROME B. BLANK   on behalf of Creditor   GREEN TREE SERVICING, LLC paeb@fedphe.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   GREEN TREE SERVICING, LLC paeb@fedphe.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor   Ditech Financial LLC Et al. paeb@fedphe.com
          MARIO J. HANYON   on behalf of Creditor   Ditech Financial LLC Et al. paeb@fedphe.com

```
District/off: 0313-2          User: Virginia          Page 2 of 2          Date Rcvd: Mar 09, 2017
                             Form ID: pdf900          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
        Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
        bkgroup@kmllawgroup.com
        MATTHEW GREGORY BRUSHWOOD    on behalf of Creditor    Citimortgage, Inc. paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                      TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN C ROE                          Chapter 13


                    Debtor              Bankruptcy No. 14-20098-JKF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Jean K. FitzSimon
Bankruptcy Judge

**Date: March 9, 2017**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JEANNE MARIE CELLA
327 W FRONT ST

MEDIA, PA 19063-


Debtor:
JOHN C ROE

425 VIRGINIA AVE

HAVERTOWN, PA 19083